# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY D. PALMER and YOLANDA M. PALMER,<br><br>Plaintiffs,<br><br>v.<br><br>MTC FINANCIAL INC. dba TRUSTEE CORPS, et al.,<br><br>Defendants. | Case No. 1:17-cv-00043-DAD-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 53)** |

On August 15, 2017, Plaintiff filed a Notice of Voluntary Dismissal, in which they notified the Court that they "voluntarily dismiss[] the above-captioned action without prejudice, as to all parties." (Doc. 53.) Plaintiffs filed this notice before Defendants served either an answer(s) or a motion(s) for summary judgment. As such, this matter has been voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: __August 16, 2017__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE